AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

GERALD C. ARENDT and DAVID D. BROWN,

                Plaintiffs,

                JUDGMENT IN A CIVIL CASE

                v.

HILDA L. SOLIS, in her official Capacity, Secretary, United States Department of Labor,

                CASE NUMBER: CV-11-5135-LRS

                Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant pursuant to the Order Granting Motion to Dismiss entered on March 9, 2012, ECF No. 16.

3/9/2012                                        JAMES R. LARSEN
*Date*                                             *Clerk*

                                                s/ Cora Vargas
                                                *(By) Deputy Clerk*
                                                Cora Vargas