# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| GERALD C. ARENDT and DAVID D. BROWN,<br>*Plaintiff*<br>v.<br>HILDA L. SOLIS, in her official capacity, Secretar, United States Department of Labor,<br>*Defendant* | )<br>)<br>)<br>)<br>) Civil Action No. CV-11-5135-LRS<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Mandate of the Ninth Circuit Court of Appeals filed in this court on September 26, 2013, this court vacates the "Order Granting Motion to Dismiss" (ECF No. 16) and dismisses Plaintiffs' claims against the Secretary of Labor without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: September 30, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Linda Emerson
*(By) Deputy Clerk*

Linda Emerson